**Order entered April 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00490-CR

### KORRON TORADE HILL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F17-76407-H**

## ORDER

Pending is the State's second motion for an extension of time to file its brief. The motion is GRANTED and the Clerk of the Court is hereby ordered to file the State's brief tendered to the Court.

/s/    LANA MYERS
         JUSTICE